I'm Alexis Morales, the wife of Sheldon Morales we met June of 2019 it was like an instant connection. It's been a little over four years since we met and it felt like I've known him forever. he's been nothing but loving, caring and genuine. I know him not to be argumentative. I can argue with him and get a little to no response. He's kind enough to give his last to anyone he's caring enough to take on the role of a father figure to children who aren't his. He isn't perfect, but no one is. I know them to be hard-working. He was a provider for all of his children. Sheldon is very considerate sometimes too considerate.

His weekends were designated feeding the homeless. From the time I met him family was very big to him. His mom was transitioning, and his goal was to make sure she was comfortable. Even from behind bars, his goal is to do his very

best for his family. I pray that one day soon, we'll get to have him again on the outside our youngest doesn't too much understand with him only been three years old. It breaks my heart when he ask his dad can you come home with me? And there is no answer We can give him right now that he'll understand. In all I appreciate my husband for owning his wrongs and taking this time to learn from them. Everyday is a struggle but with god we've been making it. Sheldon favorite saying is "God haven't failed us yet". He definitely have a very positive mindset even when fighting for his life, his energy always remains positive. It does get frustrating for him,

but he doesn't let it get the best of him. Sheldon heart is very big and with a heart and mind as big as his, and God first nothing is impossible.

Addressed to: Judge

Hon. Mary M. Rowland

From:
Crystal Morales

Date: 2-12-2024

To:
The Honorable Judge Mary. M. ROWLAND
Northern District of Illinois
Courtroom #1225
Chambers #1262

Dear Honorable Judge Rowland,

I am writing this letter on behalf of my brother Sheldon Morales to provide you with a character reference of who he truly is as a person. My name is Crystal, I am Sheldon's older sister. Sheldon is more than what you heard and saw throughout his case. He is a son, brother, father, uncle and a friend to many. Throughout our life Sheldon had to grow up pretty quickly, he grew up in a house with 9 other siblings him being the 4th eldest. Our mother worked in the nursing field while working double shifts to provide, enabling her to spend much time with us. Our father was self-employed and a Jehovah witness. Our mother was our main provider and foundation. Sheldon always wanted to help everyone no matter what it was, whether it was giving the shirt off his back, or buying someone food, clothes, shoes or bringing someone who had nowhere to go to the house for shelter. Sheldon stands in for all of the kids in the family when needed always directing them in the right direction. He's always helping someone whether it's someone we know, a stranger or just the less fortunate. I can admit that Sheldon has made some mistakes in his life but I can say with total confidence he has done more good than bad.

Upon Sheldon's last release he was doing really well. He was living in New Jersey where he obtained a job and found a place to live, he was doing everything he should. Unfortunately, things were not going so well here (Illinois) with our mother, her health was declining and her living situation was not great. At this point Sheldon was forced to come back to Chicago determined to help my mother and get her out of one place to a better living situation. As I write this letter it brings tears to my eyes because I know in my heart had he not been force to come back to Chicago with the pressure on him to help my mother and the news of her having stage 4 endometrial cancer weighing heavy on him, he most likely would not be in this situation today. He came here and lived out of his car for months not wanting to be a burden on anyone. He then got into the union and started working temporary construction Jobs. One thing about Sheldon he's always been a hard worker and a solutionist. Being back in Chicago brought on a lot of responsibility and stress because not only did he have start over and provide for himself and children but also our parents mainly our mother. Sheldon made time to visit our father daily who was residing at Citadel Wilmette for numerous medical issues and long-term care. Sheldon's resilience and determination is one in a million. He got my mother into a place and made sure she had everything she needed while making her as comfortable as possible. It was a lot for him to do on his own but he did it. He remained under a lot of pressure just trying to maintain and the unknown of our mother's outcome with the cancer. Sheldon has not only helped my mother and been there daily for our father but he has helped me any many others in the community. Besides having a big heart Sheldon knows God, he knows forgiveness, he knows what God's mercy and grace. With that being said I would like to

respectfully ask that while deciding a fair sentence by the laws applied that you have mercy and grace upon him while also taking into consideration that not only has Sheldon been locked up for the duration of this case but also had to mourn the loss of our mother behind bars without being able to say goodbye, one of the worst punishments one can suffer. I'm praying it won't be the same outcome with our father. In life we all make mistakes and some times we just make pure bad choices that lead us in places we don't want to be but the grace of others allows us to reflect and be grateful and make change. I trust that you will take in consideration all factors as well as who Sheldon is as person when determining his sentence. Thank you for taking the time to read my letter.

Sincerely

Crystal Morales

Dear Honorable Judge,

I am writing this character letter on behalf of my brother, Sheldon Morales, whom I've known my entire life and whom I hold in the highest regard. As his youngest sister, I have had the privilege of witnessing firsthand his unwavering kindness, compassion, and dedication to those he loves.
During our family's toughest times, particularly when our mother was battling cancer, Sheldon was a pillar of strength and support. He went above and beyond to ensure that our mother had everything she needed, without hesitation or reservation. His selflessness and devotion to her well-being were truly inspiring and provided immense comfort to our entire family.
In my own times of struggle, when I found myself in difficult circumstances as a young mother, Sheldon extended his home to me without judgment or hesitation. He offered me a safe haven and a shoulder to lean on, demonstrating his boundless love and unwavering support. He consistently encouraged me to strive for greatness, even when I doubted myself, and his belief in me has been a source of immense strength and motivation.
Sheldon's love and care extend beyond our immediate family. As an uncle to my children, he has showered them with affection, guidance, and laughter. He has never missed an opportunity to make them feel loved and special, even in the face of his own challenges. His generosity knows no bounds, and his ability to uplift those around him is truly remarkable.
What sets Sheldon apart is not only his acts of kindness but also his genuine concern for others. He has a remarkable ability to empathize with people from all walks of life and is always willing to lend a helping hand, whether to friends, family, or even strangers in need. His heart is as vast as it is compassionate, and he has touched countless lives through his selfless actions.
As Sheldon faces the challenges ahead, I implore you to consider the totality of his character and the positive impact he has had on the lives of those around him. His kindness, compassion, and unwavering support have been a beacon of light in our lives, and I have no doubt that he will continue to inspire and uplift others wherever he goes.

Thank you for taking the time to read this letter and for considering Sheldon's character in your deliberations.

Sincerely,
Emerald Morales

February 4, 2024

Dear Hoin. Rowland,

My name is Tracy Olasimbo and I am a Family Engagement Coordinator for the Evanston Public Library. I'm also a small business owner that supports antiracism and equity education for students, educators, parents, religious institutions, public libraries, police departments, and more. I've previously been board chairs for Chicago Volunteer Doulas and Free Lunch Academy. Most recently, I was a school board member for Evanston/Skokie School District 65.

Sheldon Morales and I are the proud parents of our 11-year old son, Blake Olasimbo. Sheldon and I grew up in the same community and began dating back in 2010. We have been co-parents since I gave birth to our son on May 5, 2012. Despite him spending time away, Sheldon made sure he consistently communicated with our son via phone calls, pictures, art, and written letters. Upon Sheldon's return home and Blake starting kindergarten, Sheldon made a concerted effort to continue building the relationship with our son. Blake was always happy to communicate with his father, but the feelings and excitement he shared to be able to call his dad when he wanted and to see him all of the time could not compare. The memory of Blake meeting his father for the first time is cemented in his mind. He brings it up frequently, especially when discussing his father's imprisonment.

During our time co-parenting, Sheldon attended parent-teacher conferences, our son got to spend a lot of time with his other siblings, and Blake got to know his father's extended family. Sheldon became a reliable father who was responsible to pick up our son from school almost everyday, which cut the cost of childcare. Sheldon provided for our son both financially and emotionally. He poured nothing but love into Blake. Sheldon showed up to his dance performances and even read stories to Blake's first grade class. Sheldon was an active participant with school leaders and administrators when our son experienced racism at the tender age of 6. When I had to travel for work, Sheldon was the only person left to care for our son.

The amount of hurt, confusion, and sadness our son is currently experiencing because his dad cannot be with him is heartbreaking. Our son randomly cries for his father. There have been times when I've heard Blake crying in the shower confused as to why he can't have his dad in his life. Today, Blake is in 6th grade and is struggling socially, emotionally and academically. To supplement what our son is getting in school, I've had to hire a tutor to support his learning disability. Tutoring is $100 per hour and sometimes he needs the supports multiple times a week. He's also the target for ridicule and bullying from his classmates and it's a constant battle to get the necessary supports he needs academically. Blake is at the age when young men need their fathers. As much as I try, I cannot teach our son to be a man. There are mornings when Blake cries on the way to school. The question, "Can I not go to school today?" is a constant in our household. As much as I try to advise him and give him guidance, it's like he does not believe me.

After discussing this with Sheldon, he called Blake to talk. Watching Blake listen to his father saying just about the same thing I discussed with him was both heartwarming and heartbreaking. As Sheldon was dishing out positive affirmation after positive affirmation, I could see Blake sitting up straight. I could see his frown shifting to a smirk. And when Sheldon told our son to "hold his head up high," that's exactly what Blake did. Slowly but surely, Blake's chest was out, back straight, and head held high. I am so elated that Blake adores his father the way he does; but my heart hurts that he is always longing for his father.

I share this moment in time, in an effort to highlight the importance for my son to have his father present on a day-to-day basis. Blake is still experiencing tough times at school and because Sheldon is in prison, Blake cannot have those pep talks when needed or experience his dad teaching him self-worth and building his confidence. Personally, it's a challenge to financially be the sole provider for our son. My son's tutor bill is the most expensive bill that I have aside from my rent. It has been a struggle for me to be the sole provider and the only present parent. The sound of Blake crying when we explained to him the amount of time he is facing away from home will always be a sad memory that I have to carry.

All in all, I just want to raise my son to be a productive and successful member of society full of confidence, kindness, and respect. I'm recognizing the different ways I am falling short because as much as I try, I cannot be Blake's father. The older Blake gets, the more articulate he becomes, and the more he shares his pain about his father. He recently wrote a school poem sharing his feelings around his dad. One thing for certain is that sons mimic their fathers and my son's father isn't present. The sooner Sheldon can be home with his family, the better off we will all be.

I appreciate the time you took to review my note and your willingness to consider our feelings and needs. Feel free to contact me with any additional questions and/or concerns.


All the best,

*[signature]*

Tracy Olasimbo

Re: Sheldon Character Letter

Sapphire Erving <sapphirejae2@icloud.com>
Wed 3/6/2024 5:59 AM
To:Adrienne <alk@blainevanzant.com>

My apologies I had this letter written and thought it was submitted but it was sitting in my email drafts. Please accept this Character letter for my Brother Sheldon Morales
Sent from my iPhone

> On Mar 6, 2024, at 5:52 AM, Sapphire Erving <sapphirejae2@icloud.com> wrote:
>
> Dear Honorable Judge
>
> My name is Zipporah Morales
> I am one of Sheldon Morales sisters so as you may know I've known him all my life.
> Sheldon has had his ups and downs in life just like anybody else. Our life wasn't as easy growing up especially in a house with 9 other siblings 5 boys and 5 girls 10 in total. But Sheldon never let that to much interfere with being the genuine and loving person that he is. Sheldon was a very quiet and humble individual as he is today he's definitely not an individual that likes to argue it's not in his character even if you're wrong in a situation he's going to agree with you just to eliminate a situation from leading to something serious.
> Sheldon is a man of faith which he got that strongly from our mother. He worked very hard. He is a person that believes in reach one teach one no matter who it is and tries to guide people on the right path. He's given people off the street places to stay given them money clothes shoes things that can motivate them and letting them know that there is still hope. But you know what your Honor Sheldon is very passionate about family he made sure we all were ok if it was just lending his ear to listen or shoulder to lean on he was there. Just imagine your Honor growing up in a household of 10 children same mother and father and when getting older you would be one of the backbones for the family because both parents got sick father in a nursing home due to having multiple strokes and our mother was sick from cancer.
> Well that backbone was Sheldon he did everything he could to make sure our parents didn't need anything paying for medication out of pocket because insurance would not cover the cost whatever they needed he took care of it. He also has his own children that he took care of very well taking them to and from school playing a big role in there life.
> So I told you how Sheldon was there for everyone and what all he's done but your Honor Sheldon needs people there for him since he's been incarcerated our mother the Queen of Queens had passed away in 2020 when I say it was a big hit to our family and the community I mean that and the worse part was my brother not being there. I know for a fact that he hasn't even grieved my mother's death because being locked up he can't show emotion and show a sign of weakness and that alone can tear a person up inside physically and mentally while being incarcerated. So I'm asking you your Honor please be lenient on Sheldon Giving him an opportunity to come home and grieve properly and be the best version of his true self.
>
> Sincerely
> Zipporah Morales
>